MARY E. MUNSON, PLAINTIFF-RESPONDENT, v. H. Y. JOHNSON, J. A. NESBITT AND WILLIAM MILLER, DEFENDANTS-APPELLANTS.

Argued February 15, 1933—Decided April 28, 1933.

For the appellants, *Samuel H. Nelson* (*Thomas L. Parsonnet,* of counsel).

For the respondent, *Schneider & Schneider* (*Jacob Schneider,* on the brief).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, HEHER, VAN BUSKIRK, KAYS, DEAR, WELLS, JJ. 11.

*For reversal*—None.